UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ERIK OKESON, )<br>)<br>Defendant. ) | Criminal No. 15-74 DWF<br><br>**INFORMATION**<br><br>(26 U.S.C. § 7202) |

THE UNITED STATES ATTORNEY CHARGES THAT:

1. The defendant, ERIK OKESON, is a citizen of Minnesota and, at all times relevant, was a licensed chiropractor.

2. Between on or about December 31, 2007 and June 30, 2010, the defendant did deduct and collect from the taxable wages of his employees federal income taxes and FICA taxes (Social Security and Medicare contributions) in the amount of $89,460.74, but did not pay over the withheld amounts or file the required Form 941 each quarter.

3. On or about April 30, 2009, in the State and District of Minnesota, the defendant,

**ERIK OKESON,**

a resident of Minnesota, having deducted and collected federal income taxes and FICA taxes from the wages of his employees, did willfully fail truthfully to account for and to pay over to the Internal Revenue Service said federal income taxes and FICA taxes which were withheld

1

SCANNED
MAR 1 2 2015
U.S. DISTRICT COURT ST PAUL

and which were due and owing to the United States, all in violation of Title 26, United States Code, Section 7202.

Dated:  3-12-15

Respectfully submitted,

ANDREW M. LUGER
United States Attorney

_____
BY: ROBERT M. LEWIS
Assistant U.S. Attorney